UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| NICOLAZZI, ROBERT | ) | Case No. 12-38204-CAD |
| NICOLAZZI, CHRISTINE | ) | |
| | ) | Hon. CAROL A. DOYLE |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE CAROL A. DOYLE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,250.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $15,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,000.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,250.00 | |

EXHIBIT E

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                          $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: September 11, 2013

/s/ Norman B. Newman
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Robert Nicolazzi
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010589.0009**

13 - Trustee Matters

### FEES THROUGH JULY 22, 2013

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/03/13 | NBN | Review schedules and SOFA, real estate ownership and various Harris Bank lift stay motions and offer for interest in condo. | 1.30 |
| 01/10/13 | NBN | Review lift stay order on Glenview property. | 0.20 |
| 01/14/13 | NBN | Review filed motion to employ counsel. | 0.20 |
| 01/15/13 | NBN | Review Debtor's motion to extend date to enter discharge order (.20); review motion for stay relief against vehicle (.20). | 0.40 |
| 01/23/13 | NBN | Review order authorizing employment of attorney (.10); correspondences with R. Fimoff regarding sale (.20). | 0.30 |
| 03/07/13 | NBN | Letter to J. Barton enclosing Bill of Sale (.20); deposit funds, prepare W-9 and obtain tax ID number (.30). | 0.50 |
| 03/12/13 | NBN | Correspondences and letters to J. Barton enclosing Trustee's Bill of Sale and purchase price information (.30); review claims bar date notice (.10). | 0.40 |
| 03/15/13 | NBN | Correspondences with A. Katz regarding sending engagement letter for accounting services. | 0.20 |
| 03/18/13 | NBN | Review claim of American Honda Finance; review lift stay order on BMW. | 0.40 |
| 03/20/13 | NBN | Correspondences with accountant regarding need to tax return and basis information for condo. | 0.40 |
| 04/24/13 | NBN | Review claim of FIA Card Services. | 0.20 |
| 05/22/13 | NBN | Review claim of American Express. | 0.20 |
| 06/11/13 | NBN | Review claim of American Chartered Bank. | 0.20 |
| 06/20/13 | NBN | Review withdrawal of claim by American Honda Finance. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com



thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Robert Nicolazzi
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010589.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| | | Total Hours | 5.10 |