**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| NICOLAZZI, ROBERT | § | Case No. 12-38204 |
| NICOLAZZI, CHRISTINE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 9, 2013 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: /s/Norman B. Newman
Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NICOLAZZI, ROBERT | § | Case No. 12-38204 |
| NICOLAZZI, CHRISTINE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 82.54 |
| leaving a balance on hand of[1] | $ | 14,917.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | American Honda Finance Corporation | $ 23,504.46 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 14,917.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: NORMAN NEWMAN | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: Much Shelist, P.C. | $ 4,416.50 | $ 0.00 | $ 4,416.50 |
| Attorney for Trustee Expenses: Much Shelist, P.C. | $ 15.00 | $ 0.00 | $ 15.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,681.50 |
| Remaining Balance | $ | 8,235.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 552,352.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nordstrom fsb | $ 10,345.48 | $ 0.00 | $ 154.26 |
| 000003 | FIA CARD SERVICES, N.A. | $ 45,280.11 | $ 0.00 | $ 675.16 |
| 000004 | American Express Centurion Bank | $ 30,225.53 | $ 0.00 | $ 450.68 |
| 000005 | American Chartered Bank | $ 466,501.74 | $ 0.00 | $ 6,955.86 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 8,235.96 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Norman B. Newman
Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Robert Nicolazzi
Christine Nicolazzi
Debtors

Case No. 12-38204-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: esullivan Page 1 of 2 Date Rcvd: Sep 12, 2013
Form ID: pdf006 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2013.

db/jdb #+Robert Nicolazzi, Christine Nicolazzi, 1207 Sheffield Lane, Glenview, IL 60025-3150
19489209 +American Chartered Bank, 1199 E. Higgins Rd., Schaumburg, IL 60173, American Express, Box 0001, Los Angeles, CA 90096-8000
19495630 +American Chartered Bank, c/o J. Cory Faulkner, Ashen Faulkner Ltd., 217 N. Jefferson St.Ste. 601, Chicago, IL 60661-1114
19495631 +American Express, Box 0001, Los Angeles,CA 90096-8000
20514401 American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
19623568 +BMO Harris Bank, PO Box 5048, Rolling Meadows, IL 60008-5048
19767551 +BMO Harris Bank N.A. f/k/a Harris N.A., c/o Gary E. Green/Clark Hill PLC, 150 N. Michigan Ave., Suite 2700, Chicago, IL 60601-7576
19495632 +Carsons, HSBC Retail Services, P.O. Box 17264, Baltimore,MD 21297-1264
19495633 +Chase, Card Members Service, P.O. Box 15153, Wilmington,DE 19886-5153
19495662 +Chase, Cardmembers Services, P.O. Box 15153, Columbus,OH 43215-0153
19495634 +Citgo, P.O. Box 2224, Birmingham,AL 35246-0001
19495635 +Citibank, Processing Center, Des Moines,IA 50363-0001
20380817 FIA CARD SERVICES, N.A., 4161 Piedmont Parkway, NC4 105 03 14, Greensboro, NC 27410
19495636 +FIA Card Services, P.O. Box 851001, Dallas,TX 75285-1001
19495548 +HMO Harris Bank, P.O. Box 5043, Rolling Meadows,IL 60008-5043
19623569 +Jeannine Nicolazzi, 1850 N. Clark Street, Unit 708, Chicago, IL 60614-5336
19495637 +Nordstrom, P.O. Box 79136, Phoenix,AZ 85062-9136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

19495638 E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 13 2013 02:50:20 Honda Financial Services, P.O. Box 5308, Elgin,IL. 60121
20187522 E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 13 2013 02:50:20 American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088
19536664 +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 13 2013 03:37:20 BMW Financial Services NA, LLC, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347
20282788 +E-mail/Text: bnc@nordstrom.com Sep 13 2013 02:43:22 Nordstrom fsb, P.O. Box 6566, Englewood, CO 80155-6566

TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

19495639 ##+Flight Support International, 1957 Johns Drive, Glenview,IL 60025-1615

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2013 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2013 at the address(es) listed below:

Deborah S Ashen on behalf of Creditor American Chartered Bank dsa@ashenlaw.com
Gary E. Green on behalf of Creditor BMO HARRIS BANK N.A. F/K/A HARRIS N.A. ggreen@clarkhill.com, jfelker@clarkhill.com
Gloria C Tsotsos on behalf of Creditor BMO Harris Bank, N.A. nd-two@il.cslegal.com
Jeffrey L. Gansberg on behalf of Trustee Norman B Newman jgansberg@muchshelist.com, nsulak@muchshelist.com

District/off: 0752-1 User: esullivan Page 2 of 2 Date Rcvd: Sep 12, 2013
Form ID: pdf006 Total Noticed: 21

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Jennifer L. Barton on behalf of Joint Debtor Christine Nicolazzi jbarton@rsplaw.com
Jennifer L. Barton on behalf of Debtor Robert Nicolazzi jbarton@rsplaw.com
Jennifer M Rinn on behalf of Creditor BMW Bank Of North America, Inc JenniferR@kropik.net
Jennifer M Rinn on behalf of Creditor BMW Financial Services NA, LLC JenniferR@kropik.net
Norman B Newman nnewman@muchshelist.com, nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 10