**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NICOLAZZI, ROBERT § Case No. 12-38204
      NICOLAZZI, CHRISTINE §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,015,262.28          Assets Exempt: $618,159.94
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,560.80      Claims Discharged
                                             Without Payment: $624,927.09

Total Expenses of Administration: $6,764.04

---

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 675.16 (see **Exhibit 2**), yielded net receipts of $14,324.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,233,000.00 | $23,504.46 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,764.04 | 6,764.04 | 6,764.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,690,917.75 | 552,352.86 | 552,352.86 | 7,560.80 |
| **TOTAL DISBURSEMENTS** | $2,923,917.75 | $582,621.36 | $559,116.90 | $14,324.84 |

4) This case was originally filed under Chapter 7 on September 26, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2014      By: /s/NORMAN NEWMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property - Wilmette, Illinois | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Court | Unclaimed Funds - Turnover to Clerk of the Court | 8500-002 | 675.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$675.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | N/A | 23,504.46 | 0.00 | 0.00 |
| NOTFILED | American Chartered Bank | 4110-000 | 725,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 405,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 103,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,233,000.00** | **$23,504.46** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MUCH SHELIST, P.C. | 3120-000 | N/A | 4,431.50 | 4,431.50 | 4,431.50 |
| ASSOCIATED BANK | 2600-000 | N/A | 17.26 | 17.26 | 17.26 |
| ASSOCIATED BANK | 2600-000 | N/A | 21.55 | 21.55 | 21.55 |
| ASSOCIATED BANK | 2600-000 | N/A | 22.24 | 22.24 | 22.24 |
| ASSOCIATED BANK | 2600-000 | N/A | 21.49 | 21.49 | 21.49 |
| NORMAN NEWMAN | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,764.04 | $6,764.04 | $6,764.04 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | NORDSTROM FSB | 7100-000 | 19,693.48 | 10,345.48 | 10,345.48 | 154.26 |
| 000003 | FIA CARD SERVICES, N.A. | 7100-000 | 87,498.18 | 45,280.11 | 45,280.11 | 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 53,591.06 | 30,225.53 | 30,225.53 | 450.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN CHARTERED BANK | 7100-000 | 1,450,000.00 | 466,501.74 | 466,501.74 | 6,955.86 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Services | 7100-000 | 515.23 | N/A | N/A | 0.00 |
| NOTFILED | Citgo | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Processing Center | 7100-000 | 53,778.46 | N/A | N/A | 0.00 |
| NOTFILED | Carsons HSBC Retail Services | 7100-000 | 526.34 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardember Service | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,690,917.75 | $552,352.86 | $552,352.86 | $7,560.80 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38204  
**Case Name:** NICOLAZZI, ROBERT  
NICOLAZZI, CHRISTINE  
**Period Ending:** 04/09/14

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/26/12 (f)  
**§341(a) Meeting Date:** 11/15/12  
**Claims Bar Date:** 06/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property | 650,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real Property - Wilmette, Illinois | 175,000.00 | 0.00 | | 15,000.00 | FA |
| 3 | Bank Accounts - BMO HARRIS CHECKING (1637) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Bank Accounts - BMO HARRIS MONEY MARKET (9156) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Accounts - BMO HARRIS MONEY MARKET (1598) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Bank Accounts - FIFTH THIRD SAVINGS (4667) | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Bank Accounts - FIFTH THIRD CHECKING (3322) | 225.00 | 0.00 | | 0.00 | FA |
| 8 | Bank Account - Glenview Checking (3298) | 706.30 | 0.00 | | 0.00 | FA |
| 9 | Bank Account-Glenview Savings (8435) | 271.04 | 0.00 | | 0.00 | FA |
| 10 | Bank Account-Glenview Savings (2242) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Insurance Policy-Northwestern Mutual | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Pension Plan | 533,606.00 | 0.00 | | 0.00 | FA |
| 15 | Retirement Account | 52,394.00 | 0.00 | | 0.00 | FA |
| 16 | Retirement Account | 659.94 | 0.00 | | 0.00 | FA |
| 17 | STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Partnership Interest | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Loans to Flight Support Int'l. | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 20 | Automobile | 24,825.00 | 24,825.00 | | 0.00 | FA |
| 20 | **Assets** **Totals** (Excluding unknown values) | **$2,190,262.28** | **$774,825.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Sold interest in condominium unit located in Wilmett, Illinois. Preparing Final Report.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38204  
**Case Name:** NICOLAZZI, ROBERT  
NICOLAZZI, CHRISTINE  
**Period Ending:** 04/09/14

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/26/12 (f)  
**§341(a) Meeting Date:** 11/15/12  
**Claims Bar Date:** 06/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 30, 2013  **Current Projected Date Of Final Report (TFR):** October 9, 2013  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-38204  
**Case Name:** NICOLAZZI, ROBERT  
NICOLAZZI, CHRISTINE  
**Taxpayer ID #:** **-***9970  
**Period Ending:** 04/09/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********93 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/13 | {2} | ROBERT & CHRISTINE NICOLAZZI | Pursuant to Order dated 2/27/13 | 1110-000 | 15,000.00 | | 15,000.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.26 | 14,982.74 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,961.19 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.24 | 14,938.95 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.49 | 14,917.46 |
| 10/15/13 | 1001 | NORMAN NEWMAN | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.00 | 12,667.46 |
| 10/15/13 | 1002 | MUCH SHELIST, P.C. | Claim 6, Payment 100.00000% | | | 4,431.50 | 8,235.96 |
| 10/15/13 | 1003 | NORDSTROM FSB | Claim 000002, Payment 1.49109% | 7100-000 | | 154.26 | 8,081.70 |
| 10/15/13 | 1004 | FIA CARD SERVICES, N.A. | Claim 000003, Payment 1.49107% Stopped on 02/28/14 | 7100-000 | | 675.16 | 7,406.54 |
| 10/15/13 | 1005 | AMERICAN EXPRESS CENTURION BANK | Claim 000004, Payment 1.49106% | 7100-000 | | 450.68 | 6,955.86 |
| 10/15/13 | 1006 | AMERICAN CHARTERED BANK | Claim 000005, Payment 1.49107% | 7100-000 | | 6,955.86 | 0.00 |
| 10/15/13 | | | Fees            4,416.50 | 3110-000 | | | 0.00 |
| 10/15/13 | | | Expenses         15.00 | 3120-000 | | | 0.00 |
| 02/28/14 | 1004 | FIA CARD SERVICES, N.A. | Claim 000003, Payment 1.49107% Stopped: check issued on 10/15/13 | 7100-000 | | -675.16 | 675.16 |
| 03/06/14 | 1007 | Clerk of the Court | Unclaimed Funds - Turnover to Clerk of the Court | 8500-002 | | 675.16 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 15,000.00 | 15,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 15,000.00 | 15,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $15,000.00 | $15,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********93 | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)